# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>W. SULLIVAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-0178-OWW-WMW PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 Plaintiff filed this action on February 1, 2007. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Sullivan, T.W. Meadors, J.L. Cobbs, B. Phillips and M.J. Evans for violations of the Eighth Amendment and the Religious Land Use and Institutionalized Persons Act (RLUIPA); Defendants T. Traynham and M. Stainer for retaliation in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

        SULLIVAN

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Defendants B. Wilson and D. Rhods be dismissed.

T. W. MEADORS

J. L. COBBS

B. PHILLIPS

M. S. EVANS

T. TRAYNHAM

M. STAINER

2. The Clerk of the Court shall send Plaintiff seven USM-285 forms, seven summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 1, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eight copies of the endorsed complaint filed February 1, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: March 23, 2009**         /s/ William M. Wunderlich
                                  UNITED STATES MAGISTRATE JUDGE