IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERWIN JULES JACKSON,

    Plaintiff,                             1: 07 CV 0178 OWW WMW PC

    vs.                                    ORDER RE: FINDINGS & RECOMMENDATIONS (#12)

W. SULLIVAN, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 23, 2009, findings and recommendations were entered, recommending dismissal of Defendants Rhods and Wilson for failure to allege facts sufficient to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 23, 2009, are adopted in full; and

2. Defendant Rhods and Wilson are dismissed.

IT IS SO ORDERED.

**Dated:   May 6, 2009**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE