# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>W. SULLIVAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00178-OWW-SKO PC<br><br>ORDER TO SHOW CAUSE WHY DOE DEFENDANTS AND DEFENDANT J.L. COBBS SHOULD NOT BE DISMISSED<br><br>SHOW CAUSE DUE WITHIN TWENTY (20) DAYS |

Plaintiff Derwin Jules Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2009, the Court found that Plaintiff's complaint stated cognizable claims against Defendants Does #1-11. (Doc. #9.) However, Plaintiff has not amended his complaint to identify the Doe defendants and has not effected service of process on them.

Pursuant to Federal Rule of Civil Procedure 4(m), the Court must dismiss Plaintiff's claims against Defendants Does #1-11 without prejudice if service is not effected within a specified time. Although Plaintiff is proceeding in forma pauperis and is entitled to rely on the services of the U.S. Marshal to serve his complaint, dismissal of the unserved defendants is proper when Plaintiff fails to provide the U.S. Marshal with sufficient information to effect service of process. Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995). Accordingly, the Court will order Plaintiff to show cause why Defendants Does #1-11 should not be dismissed.

///

1	The Court also notes that Defendant J.L. Cobbs has failed to plead or otherwise defend against Plaintiff's claims, but Plaintiff has not taken any further action against Cobbs.[1] Accordingly, the Court will order Plaintiff to show cause why Cobbs should not be dismissed from this action due to Plaintiff's failure to prosecute.

Based on the foregoing, Plaintiff is HEREBY ORDERED to:

1. SHOW CAUSE WITHIN TWENTY (20) DAYS of the date of service of this order why Defendants Does #1-11 should not be dismissed from this action due to Plaintiff's failure to identify and serve them; and

2. SHOW CAUSE WITHIN TWENTY (20) DAYS of the date of service of this order why Defendant J.L. Cobbs should not be dismissed from this action due to Plaintiff's failure to prosecute.

Plaintiff is forewarned that the failure to show cause may result in the dismissal of his claims.

IT IS SO ORDERED.

**Dated:   January 13, 2011**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has not requested an entry of default or entry of default judgement against Defendant Cobbs pursuant to Federal Rule of Civil Procedure 55.