1

2  Derwin Jackson
   California Men's Colony-East
3  P.O. BOX. 8101 A/Quad 1210
   San luis Obispo, CA 92309
4
   CDCR# k-85360
5  In Pro Per



6

7              IN THE UNITED STATES DISTRICT COURT FOR

8              THHE EASTERN DISTRICT OF CALIFORNIA

9

10 Derwin Jules Jackson    )
            Plaintiff,    )    case No. 1:07 CV-00178 oww ynp [SMS](PC)
11                        )
                          )
   vs.                    )
12                        )
                          )         MOTION FOR APPOINTMENT
   W. Sullivan,.et al,    )         OF COUNSEL
13          Defendants.   )
                          )
14 _____)

15
       Pursuant to 28 U.S.C.$ 1915 (e)(1). Plaintiff moves for an order
16
   appointing counsel to representahim in thès case. In support of this motion
17
   Plaintiff states:
18
   1. Plaintiff is unable ato afford counsel. He has requested leave to pro-
19
      ceed in forma pauperis.
20
   2. Plaintiff's inprisonment will greatly limit his ability to litigate.
21
      The issues involved in this case are complex, and will require signific-
22
      ant reasearch and investigation. Plaintiff has limited access to the law
23
      library and limited knowledge of the law.
24
   3. A trial in this case will likely involve conflicting testimony, and
25
      counsel will better enable plaintiff to presen evidence and cross
26
      examine witnesses.
27
   4. Plaintiff need the assistance of counsel to assist him in his discovery
28

                                    1.

1 | process, due to reasons mentioned in the separate motion for compelling
2 | discovery. It is impossible to effectively litigate and prosecute
3 | plaintiff's case when he lack any useful resources.

### CASE IN SUPPORT OF MOTION

In civil rights action under 42 U.S.C.§ 1983, to redress injuries inflicted by individuals "acting under color of state law" Courts have considered assighment of counsel to be of fundamental importance when the plaintiff (prisoner-civil litigant) must conduct discovery to pursue the case and plaintiff cannot conduct the discovery himself ; (See **Murrell v.- Bennett**, (1980) F2d 306,309.) Perhaps more importantly "**Summary Judgment**" cannot be permitted as a layman prisoner Plaintiff unaware of proper opposition to such proceedings. (Ibid. at 310-311.)

WHEREFORE, Plaintiff fequest that this court appoint counsel in this case.

Date: 2-4-2011

Signature: /s/

Derwin Jackson, K/85360
California Men's Colony East
P.O. BOX. 8101 A/quad 1210.
San Luis Obispo, CA 93401

In Pro Per

2.