**FILED**
APR 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1. Derwin Jackson
2. California Men's Colony-East
   P.O. Box 8101 A/Quad 1210
3. San Luis Obispo, CA 93401

4. Petitioner, In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON, | No. 1:07-CV-00178-OWW-SMS PC |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| W. SULLIVAN, et al., | |
| Defendants. | |

Petitioner Derwin Jackson, appearing in pro per, hereby appeals from the Judgment of this Court dismissing the § 1983 civil claim in the above entitled action. Said Judgment was entered on March, 30, 2011, by Hon. Oliver W. Wanger.

Concurrently herewith, Petitioner request that the District Court issue a Certificate of Appealability. An application for COA is being contemporaneously filed.

Dated: 4-2-2010

Respectfully,

Derwin Jackson
In Pro Per

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 8-72)

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

Derwin Jackson
California Men's Colony-East
P.O. Box 8101 Room 1210
San Luis Obispo, CA. 93409-8101

I CERTIFY ( OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON April 4, 20 11, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

_____
PETITIONER

..................................................................................................

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

William Edwards G-47828
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Room 1210
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON April 4, 20 11, I SERVED THE WITHIN Notice of Appeal

ON THE PARTY: Court Clerk for Eastern District Court

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:

United States District Court
Eastern District of CA.
Fresno, CA 93721-1318

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON April 4, 20 11, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

_____
SIGNATURE OF DECLARANT

(REV.6/07)