1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  DIANA N. CHINN, State Bar No. 271577
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-6104
6    Fax: (916) 324-5205
     E-mail: Diana.Chinn@doj.ca.gov
7
   *Attorneys for Defendants Meadors, Stainer,*
8  *Traynham, Sullivan, Evans, Phillips, and Cobbs*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

13

14 | **DERWIN JULES JACKSON,** | 1:07-CV-00178-OWW-SMS (PC) |
   |---|---|

15                    Plaintiff,   **NOTICE OF CHANGE IN DESIGNATION
                                   OF COUNSEL FOR SERVICE AND
16         v.                      REQUEST TO TERMINATE
                                   CHRISTOPHER J. BECKER FROM
17 **W. SULLIVAN, et al.,**        SERVICE LIST**

18                    Defendants.  **[L. R. 83-182(c)(1)]**

19

20      **TO CLERK OF THE COURT AND PLAINTIFF DERWIN JULES JACKSON**

21  **(K-85360), pro se:**

22      Under L. R. 83-182(c)(1), Defendants advise Plaintiff and the Court that their attorney

23  designated for service has changed.  The attorney formerly designated for service was as follows:

24      CHRISTOPHER J. BECKER, SBN 230529
        Deputy Attorney General
25      1300 I Street, Suite 125
        P.O. Box 944255
26      Sacramento, CA 94244-2550
        Telephone: (916) 323-3903
27      Facsimile: (916) 324-5205
        Email: Christopher.Becker@doj.ca.gov

28
                                       1

1   Please update your records to reflect that the following person is the new attorney of record:

2   DIANA N. CHINN, SBN 271577
    Deputy Attorney General
3   1300 I Street, Suite 125
    P.O. Box 944255
4   Sacramento, CA 94244-2550
    Telephone:  (916) 322-8152
5   Facsimile:   (916) 324-5205
    Email:  Diana.Chinn@doj.ca.gov
6
    In addition, the undersigned counsel requests that the Court terminate the name of
7
    Christopher J. Becker, the attorney formerly designated for service, from the service list in this
8
    case.
9
    Dated:  June 2, 2011                         Respectfully submitted,
10
                                                 KAMALA D. HARRIS
11                                               Attorney General of California
                                                 DAVID A. CARRASCO
12                                               Supervising Deputy Attorney General

13                                               /s/ Diana N. Chinn

14                                               DIANA N. CHINN
                                                 Deputy Attorney General
15                                               Attorneys for Defendants Meadors, Stainer,
                                                 Traynham, Sullivan, Evans, Phillips, and
16                                               Cobbs
    SA2009310940
17  31274436.doc

18

19

20

21

22

23

24

25

26

27

28

2

1        **DECLARATION OF SERVICE BY U.S. MAIL**

2   Case Name:     Derwin Jules Jackson v. W. Sullivan, et al.

3   Case No.:      1:07-CV-00178-OWW-SMS (PC)

4   I declare:

5   I am employed in the Office of the Attorney General, which is the office of a member of the
    California State Bar, at which member's direction this service is made.  I am 18 years of age or
6   older and not a party to this matter.  I am familiar with the business practice at the Office of the
    Attorney General for collection and processing of correspondence for mailing with the United
7   States Postal Service.  In accordance with that practice, correspondence placed in the internal
    mail collection system at the Office of the Attorney General is deposited with the United States
8   Postal Service that same day in the ordinary course of business.

9   On June 2, 2011, I served the attached **NOTICE OF CHANGE IN DESIGNATION OF
    COUNSEL FOR SERVICE AND REQUEST TO TERMINATE CHRISTOPHER J.**
10  **BECKER FROM SERVICE LIST** by placing a true copy thereof enclosed in a sealed envelope
    with postage thereon fully prepaid, in the internal mail collection system at the Office of the
11  Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550,
    addressed as follows:
12
    Derwin Jules Jackson, K-85360
13  California Men's Colony
    P.O. Box 8101
14  San Luis Obispo, CA  93409-8101
    In pro per
15
    I declare under penalty of perjury under the laws of the State of California the foregoing is true
16  and correct and that this declaration was executed on June 2, 2011, at Sacramento, California.

17  C. Rubio_____                          _/s/ C. Rubio_____
    Declarant                                Signature
18
    SA2009310940
19  31274465.doc

20

21

22

23

24

25

26

27

28

                                     3