# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>             Plaintiff,<br><br>      v.<br><br>W. SULLIVAN, et al.,<br><br>             Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF**<br>**(ECF No. 93.)** |

Plaintiff Derwin Jules Jackson is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 11, 2017, a stipulation for substitution of attorneys for plaintiff was filed with the court containing the signatures of plaintiff and the incoming attorney of record.  (ECF No. 93.)  After consideration of the stipulation, the court hereby approves and orders the substitution of attorneys as set forth.

IT IS SO ORDERED.

   Dated:   **July 14, 2017**                     **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE