FILED

NOV 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>W. SULLIVAN, ET AL.<br><br>    Defendants. | 1:07-cv-00178-DAD-GSA (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 98.)<br><br>**As to Derwin J. Jackson, CDCR# K-85360** |

    The settlement conference in this matter commenced on November 16, 2017, at 9:30 a.m. and inmate witness Derwin Jules Jackson has given testimony before the Court. Inmate witness Derwin Jules Jackson, CDCR# K-85360 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on November 16, 2017, is HEREBY DISCHARGED.

DATED: 11/16/17

U.S. Magistrate Judge Barbara A. McAuliffe