# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>T.W. MEADORS and<br>J. L. COBB,<br><br>                Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION REGARDING EXPERT DISCLOSURES**<br>**(ECF No. 105.)**<br><br>**NEW DEADLINE FOR PROVIDING EXPERT DISCLOSURES:**<br>                **JANUARY 6, 2018** |

     Derwin Jules Jackson ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on March 6, 2018, at 1:00 p.m., before the Honorable Dale A. Drozd.

     On December 5, 2017, a stipulation was filed, containing the signatures of counsel for Plaintiff and counsel for Defendants, agreeing to extend the deadline for providing expert disclosures from December 6, 2017, to January 6, 2018. (ECF No. 105.)

     Under Federal Rule of Civil Procedure 26(2)(D)(i), a party must make expert disclosures at least 90 days before the date set for trial or for the case to be ready for trial, absent a stipulation or court order. Here, the parties have filed a stipulation, and the court finds good cause to issue an order giving full force and effect to the stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation filed by the parties on December 5, 2017, is effective as of the date it was filed; and
2. The deadline for the parties to provide expert disclosures is extended from December 6, 2017, to January 6, 2018.

IT IS SO ORDERED.

Dated: **December 7, 2017**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE