UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>ORDER REGARDING WITNESS FEES<br>(ECF No. 108.) |

Derwin Jules Jackson ("Plaintiff") is a state prisoner proceeding with counsel and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on March 6, 2018, at 1:00 p.m., before the Honorable Dale A. Drozd.

On November 29, 2017, the court issued a Second Scheduling Order setting out pretrial information and deadlines for the parties, including instructions for Plaintiff to request the attendance of witnesses for trial. (ECF No. 103.) Plaintiff was advised that if he "wishes to obtain the attendance of one or more unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must first notify the court in writing of the name and location of each unincarcerated witness[, and t]he court will calculate the travel expense for each unincarcerated witness and notify Plaintiff of the amount(s)." (Id. at 4:20-23.)

On December 18, 2017, Plaintiff filed a notice regarding his prospective trial witnesses. (ECF No. 108.) In the notice, Plaintiff listed eight prospective witnesses and requested the court to calculate the travel expense for three of the witnesses, (1) Lt. Traynham, (2) N. Grannis, and (3) Dr. Wlodarczyk.

The sum required for the attendance of an unincarcerated witness includes a daily witness fee of $40.00, plus the witness's travel expenses. 28 U.S.C. § 1821(b). Assuming the witness is traveling by personal car, the standard mileage rate beginning on January 1, 2018 will be 54.5 cents for every mile driven.[1] Using the addresses provided by Plaintiff, and computing round-trip travel by personal car to the Fresno courthouse, the travel expenses amount to the following:

///

| | | | |
|---|---|---|---|
| Lt. Traynham | 316 miles round trip | 54.5 cents/mile | $172.22 |
| N. Grannis | 336 miles round trip | 54.5 cents/mile | $183.12 |
| Dr. Wlodarczyk | 290 miles round trip | 54.5 cents/mile | $158.05 |

///

If Plaintiff wishes to obtain the attendance of one or more of these witnesses, Plaintiff must submit a money order for each witness, made payable to the witness for the full amount of the witness's travel expenses, plus the daily witness fee of $40.00. The subpoena will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the court. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed *in forma pauperis*. **If Plaintiff wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the court no later than January 8, 2018.**

IT IS SO ORDERED.

Dated: **December 21, 2017**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] https://www.irs.gov/newsroom/standard-mileage-rates-for-2018-up-from-rates-for-2017 (last visited December 19, 2017).