# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>T.W. MEADORS and<br>J. L. COBB,<br><br>                Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER GIVING FULL EFFECT TO SECOND STIPULATION REGARDING EXPERT DISCLOSURES**<br>**(ECF No. 111.)**<br><br>**NEW DEADLINE FOR PROVIDING EXPERT DISCLOSURES:**<br>                **<u>JANUARY 19, 2018</u>** |

    Derwin Jules Jackson ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on March 6, 2018, at 1:00 p.m., before the Honorable Dale A. Drozd.

    Per the stipulation of the parties, the current date to disclose experts for trial is January 6, 2018. (ECF Nos. 105, 106.) On December 29, 2017, a second stipulation was filed, containing the signatures of counsel for Plaintiff and counsel for Defendants, agreeing to extend the deadline for providing expert disclosures from January 6, 2018, to January 19, 2018. (ECF No. 111.) The parties have also agreed that any rebuttal experts shall be disclosed by February 16, 2018. (Id.)

Under Federal Rule of Civil Procedure 26(2)(D)(i), a party must make expert disclosures at least 90 days before the date set for trial, absent a stipulation or court order. Here, the parties have filed a stipulation and the court finds good cause to issue an order giving full force and effect to the stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation filed by the parties on December 29, 2017, is effective as of the date it was filed;
2. The deadline for the parties to provide expert disclosures is extended from January 6, 2018, to January 19, 2018; and
3. Any rebuttal experts shall be disclosed by February 16, 2018.

IT IS SO ORDERED.

Dated: **January 8, 2018**         /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE