UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER DIRECTING PERSONAL SERVICE OF CIVIL SUBPOENAS UPON PROSPECTIVE WITNESSES BY THE UNITED STATES MARSHALS SERVICE, WITHOUT PREPAYMENT OF COSTS** |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Derwin Jules Jackson, a state prisoner proceeding with counsel and *in forma pauperis*. This case is scheduled for jury trial on March 6, 2018, at 1:00 p.m., before the Honorable Dale A. Drozd.

　　　　On January 5, 2018, Plaintiff filed notice (ECF No. 112) that he mailed the following documents to the court in compliance with the court's order issued on December 21, 2017 (ECF No. 109), to initiate service of civil subpoenas upon prospective witnesses Lt. Trayham and N. Grannis:

　　　　　　1. Subpoenas for Lt. Traynham and N. Grannis;

　　　　　　2. Completed USM-285 forms; and

　　　　　　3. Money orders for the witnesses' travel expenses and witness fees.

　　　　On January 9, 2018, the court received Plaintiff's documents. The court finds Plaintiff's subpoenas, money orders, and USM-285 forms appropriate for personal service by the U.S. Marshals Service. Fed. R. Civ. P. 45; 28 U.S.C. § 566(c).

Accordingly, it is HEREBY ORDERED that:

1. For <u>each</u> prospective witness to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshals Service:

    a. One (1) completed and issued civil subpoena;

    b. One (1) completed USM-285 form;

    c. A money order made payable to the prospective witness; and

    d. Two (2) copies of this order, one to accompany the subpoena and one for the U.S. Marshals Service;

2. Within **FOURTEEN (14) DAYS** from the date of service of this order, the U.S. Marshals Service is DIRECTED to effect **personal service** of the subpoenas and money orders, along with a copy of this order, upon the individuals named in the subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

    **LT. TRAYNHAM**

    **N. GRANNIS**

3. The U.S. Marshals Service is DIRECTED to retain a copy of each subpoena in its file for future use;

4. Within **TEN (10) DAYS** after personal service is effected, the U.S. Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the U.S. Marshal Service for photocopying additional copies of the subpoenas and USM-285 forms, and for preparing new USM−285 forms, if required.

IT IS SO ORDERED.

Dated: **January 10, 2018**      **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE