UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>W. SULLIVAN, et al.,<br><br>    Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER DIRECTING PERSONAL SERVICE OF CIVIL SUBPOENA UPON PROSPECTIVE WITNESS BY THE UNITED STATES MARSHALS SERVICE, WITHOUT PREPAYMENT OF COSTS** |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Derwin Jules Jackson, a state prisoner proceeding with counsel and *in forma pauperis*. This case is scheduled for jury trial on March 6, 2018, at 1:00 p.m., before the Honorable Dale A. Drozd.

    On January 26, 2018, Plaintiff filed notice (ECF No. 120) that he mailed the following documents to the court in compliance with the court's order issued on December 21, 2017 (ECF No. 109), to initiate service of a civil subpoena upon prospective witness Rick Manuel:

        1. Subpoena for Rick Manuel;

        2. Completed USM-285 forms and

        3. Money order for the witness's travel expenses and witness fees.

    On January 29, 2018, the court received Plaintiff's documents. The court finds Plaintiff's subpoena, money order, and USM-285 form appropriate for personal service by the U.S. Marshals Service. Fed. R. Civ. P. 45; 28 U.S.C. § 566(c).

Accordingly, it is HEREBY ORDERED that:

1. For service upon prospective witness Rick Manuel, the Clerk of the Court is directed to forward the following documents to the U.S. Marshals Service:
    a. One (1) completed and issued civil subpoena;
    b. One (1) completed USM-285 form;
    c. A money order made payable to the prospective witness; and
    d. Two (2) copies of this order, one to accompany the subpoena and one for the U.S. Marshals Service;
2. Within **FOURTEEN (14) DAYS** from the date of service of this order, the U.S. Marshals Service is DIRECTED to effect **personal service** of the subpoena and money order, along with a copy of this order, upon the following individual, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

    **RICK MANUEL**
3. The U.S. Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use;
4. Within **TEN (10) DAYS** after personal service is effected, the U.S. Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the U.S. Marshal Service for photocopying additional copies of the subpoena and USM-285 form, and for preparing a new USM−285 form, if required.

IT IS SO ORDERED.

Dated: **January 31, 2018**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE