# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN JULES JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>W. SULLIVAN, et al.,<br><br>    Defendants. | 1:07-cv-00178-DAD-GSA-PC<br><br>**ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S LETTER**<br>**(ECF No. 151.)**<br><br>**RESPONSE DUE ON OR BEFORE JUNE 21, 2019** |

    Derwin Jules Jackson ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2018, a settlement conference was held at the court before Magistrate Judge Erica P. Grosjean, and this case settled under the terms and conditions as read into the record. (ECF No. 128.) The court retained jurisdiction for purposes of enforcing the settlement. (Id.)

    On May 23, 2019, Plaintiff filed a letter addressed to Judge Grosjean in which Plaintiff reported that he has not received any payment from the California Department of Corrections and Rehabilitation pursuant to the settlement agreement. Plaintiff is presently detained at the West Valley Detention Center in Rancho Cucamonga, California.

    The court will therefore require Defendants to file a response to Plaintiff's letter addressing Plaintiff's assertion that he has not been paid.

Accordingly, IT IS HEREBY ORDERED that on or before June 21, 2019, Defendants shall file a written response to Plaintiff's letter filed on May 23, 2019, addressing Plaintiff's assertion that he has not been paid pursuant to the settlement agreement.

IT IS SO ORDERED.

    Dated: __**June 3, 2019**__          _____**/s/ Gary S. Austin**_____
                                                           UNITED STATES MAGISTRATE JUDGE